# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-06155-SVW-KES | Date | December 20, 2022 |
|---|---|---|---|
| Title | Gary Douglas Abel v. Western Regional Office Director et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

    On September 29, 2022, the Court issued an order granting plaintiff leave to provide the missing information needed to decide whether his Request to Proceed without Prepayment of Filing Fee [4] should be approved. The plaintiff, within thirty days, was ordered to provide a certified copy of a trust fund state for the last six months.

    To date, plaintiff has failed to provide the certified copy. Plaintiff has provided two status reports outlining his failed attempts to secure the certified copy.

    The file in this case lacks the papers that would show it is being timely prosecuted. Accordingly, the Court, on its own motion, hereby orders plaintiff to show cause in writing no later than January 3, 2023 why this action should not be dismissed for lack of prosecution.

:

Initials of Preparer     PMC